AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
FILED

JUL 1 6 2015

David J. Bradley, Clerk

| United States of America | ) | |
| v. | ) | Case No. M-15-1173-M |
| | ) | |
| ESCOBAR, Patricio III | ) | |
| YOB: 1973 | ) | |
| POB: USC | ) | |
| Defendant(s) | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____7/15/2015_____ in the county of __Hidalgo_____ in the
__SOUTHERN__ District of __TEXAS_____, the defendant(s) violated:

| Code Section | Offense Description |
| --- | --- |
| 21 USC 841 (a) (1) | Knowingly and intentionally possess with intent to distribute approximately 176.52 kilograms of marijuana, a schedule I controlled substance. |

This criminal complaint is based on these facts:

On July 15, 2015, at approximately 8:35 a.m., United States Border Patrol (BP) agents observed a white single cab truck (suspect vehicle) driving southbound on a field road west of Cesar Chavez Road towards a levee near the Rio Grande River area. As the vehicle approached the levee, agents lost visual of the vehicle for a short period of time. At approximately 8:36 a.m., agents observed the same vehicle traveling northbound, at a high rate of speed, on the same field road it previously drove south on.

(Continued on Attachment I)

☑ Continued on the attached sheet.

OK to file. TET

_____
Complainant's signature

Aida Gonzalez, DEA Special Agent
Printed name and title

Sworn to before me and signed in my presence.

Date: __July 16, 2015__
8:20 am

City and state: __McAllen, Texas__

_____
Judge's signature

PETER E. ORMSBY, Magistrate Judge
Printed name and title

Attachment I

As a BP agent got behind the suspect vehicle to investigate the suspicious behavior, the agent observed several multi-colored burlap bundles in the bed of the vehicle, which appeared to be narcotic bundles. The agent activated his marked unit's emergency equipment in an attempt to stop the suspect vehicle. At that time, the suspect vehicle made a u-turn, continued driving until it reached the aforementioned field (west of Cesar Chavez road), and headed southbound towards the levee.

The BP agents observed the suspect vehicle made an abrupt stop north of the levee and the driver abscond. The agents observed that the driver was wearing a gray t-shirt, dark colored shorts, and had tattoos covering his arms. The driver was later identified as Patricio ESCOBAR III. One of the BP agents pursued ESCOBAR on foot and gave him several commands to stop, but ESCOBAR did not comply. The agent attempted to apprehend ESCOBAR and as both, ESCOBAR and the agent, rolled down the levee, the agent popped his (agent's) ankle. The agent tried to apprehend ESCOBAR several times again, but was unsuccessful due to ESCOBAR resisting and evading arrest. Another BP agent arrived on scene to assist, and after making several other attempts ESCOBAR was successfully apprehended.

Further inspection of the multi colored burlap sacks found inside the cabin and in the bed of the suspect vehicle revealed a total of twenty-two (22) bundles of marijuana with a combined approximate weight of 176.52 kilograms. ESCOBAR and the bundles of marijuana were transported by BP agents to the Weslaco Border Patrol Station for further processing.

On the same date, at approximately 11:30 a.m., SAs Aida Gonzalez, Ashley Brazelton, and TFO Robert Quintanilla responded to the Weslaco Border Patrol Station to interview ESCOBAR. At approximately 11:40 a.m., SA Gonzalez, as witnessed by SA Brazelton and TFO Quintanilla, read ESCOBAR his Miranda Warnings. ESCOBAR acknowledged his rights, but refused to answer any questions by agents. At this time, agents terminated the interview.